in the consideration or decision of this petition.

No. 98–734.   ZRNCHIK ET AL. v. AMOCO OIL CO.   Sup. Ct. Ind. Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–6976 (A–437).   CORWIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death and for certificate of appealability, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Motion to supplement the record denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.